# BAXTER SMITH & SHAPIRO, P.C.

Attorneys at Law
200 Mamaroneck Avenue, Suite 601
White Plains, New York 10601

Telephone: (914) 684-1055
Facsimile: (914) 684-1058
www.bssnylaw.com

Robert C. Baxter
Arthur J. Smith
Sim R. Shapiro
Dennis S. Heffernan*
Harold A. Campbell
Margot L. Ludlam
Tod S. Fichtelberg

Louis B. Dingeldey Jr.
Valerie L. Siragusa
Jennifer Warycha
Joshua A. Bloom
Renee DeMott*
Catherine F. Cavanagh
Bryan R. Forbes
Patrick H. Thompson
Jeffrey R. Messinger
Adam B. Sechter

*Admitted in New Jersey

Maria Peranzo, RN

June 30, 2017

Magistrate Judge Gary R. Brown
100 Federal Plaza, Courtroom 840
P.O. Box 9014
Central Islip, New York 11722-9014

    Re:    Hernandez v. Hicksville Florist
            Civil Action No.: 17cv887(JFB)(GRB)
            Our File No. 17496 LLRB

Dear Magistrate Brown:

      This office represents the defendants Marcofai Corp. (d/b/a Hicksville Flowers & Fruiterers), Martin Lebedin and Cora B. Lebedin.

      We are in receipt of correspondence from the plaintiffs' counsel seeking an extension of time to respond to the defendants' counterclaim. We note, however, that no effort was made to contact our office to resolve this issue amicably. Indeed, plaintiffs' counsel did call to ask that we amend the ECF notice of appearance as it appeared to indicate that our office represented all defendants, yet chose not to address the counterclaim. Moreover, the Court previously directed that plaintiffs' advise us of their claim for damages but that information was not provided either.

      Had the plaintiffs' counsel merely contacted this office, we would have consented to an extension of time to respond. Accordingly, I request that going forward, counsel contact me prior to making such an application to the Court.

New York Office
505 8th Avenue, Ste. 1704
New York, NY 10018
Tel. No. (212) 732-9800
Fax No. (212) 732-0152

Long Island Office
99 North Broadway
Hicksville, NY 11801
Tel. No. (516) 997-7330
Fax No. (516) 997-7488

Buffalo Office
182 Dwyer Street
West Seneca, NY 14224
Tel. No. (716) 854-6140
Fax No. (716) 854-6540

                Respectfully submitted,

                Baxter Smith & Shapiro, P.C.

                By:    Sim R. Shapiro
                         (SRS 3465)

SRS/eac

cc:
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 2540
New York, New York 10165