# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510             Telephone: (212) 317-1200
New York, New York 10165                 Facsimile: (212) 317-1620

March 29, 2018

**BY ECF**

Honorable Gary R. Brown
United States Magistrate Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

                Re:    Hernandez, et al. v. Marcofai Corp., et al.
                       17-cv-887 (JFB) (GRB)

Dear Judge Brown:

       This firm represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants' counsel, and in accordance with Your Honor's orders dated December 21, 2017 and February 7, 2018 to provide the court with alternative dates for a status conference and a settlement conference. The parties propose May 16, 2018 or May 18, 2018. Defendants' counsel currently has a trial scheduled to begin on May 14, 2018 which would make these dates problematic, but Defendants' counsel believes that the trial will be adjourned.

       We thank the Court for its time and attention to this matter.

                                     Respectfully submitted,

                                     /s/ Sara Isaacson
                                     Sara Isaacson

cc:    Sim Shapiro, Esq. (via ECF)
       *Attorneys for Defendants*