# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
_____

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

June 21, 2019

**BY ECF**

Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Hernandez, et al. v. Marcofai Corp., et al.
            17-cv-887 (JFB) (GRB)

Dear Judge Tiscione:

    This firm represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants' counsel, and in accordance with Your Honor's Orders dated June 14, 2019. The parties have conferred and have chosen a mediator from the court's list. We are waiting to confirm a date for mediation, and request an extension by which to complete mediation.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Yolanda Rivero
Yolanda Rivero

cc:    Sim Shapiro, Esq. (via ECF)
       *Attorneys for Defendants*