**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | December 11, 2019 |
| TIME: | 1:00 |
| DOCKET NUMBER(S): | CV-17-0887 (PKC) |
| NAME OF CASE(S): | Hernandez et al. v. Marcofai Corp. et al. |
| FOR PLAINTIFF(S): | Rivero |
| FOR DEFENDANT(S): | Smith |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | FTR (12:59 - 1:05) |
| RULINGS FROM Motion Hearing: | |

For the reasons discussed on the record, the MOTION to Adjourn [60] is granted. The deadline for completion of mediation is extended to February 28, 2020. No further extensions will be granted. Parties shall file a joint status report by March 6, 2020.