# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                                                       Telephone: (212) 317-1200
New York, New York 10165                                                                            Facsimile: (212) 317-1620
_____

April 30, 2020

**BY ECF**

Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                     Re:      Hernandez, et al. v. Marcofai Corp., et al.
                                                         17-cv-887 (GRB) (ST)

Dear Judge Tiscione:

       This firm represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants pursuant to the Court's order of March 17, 2020. At this time, Defendants have not yet provided Plaintiffs with their financials pursuant to the previously referenced order, nor have Plaintiffs submitted their tax records for in camera review.

       We thank the Court for its time and attention to this matter.

                                                             Respectfully submitted,

                                                              /s/      Clela Errington
                                                              Clela A. Errington, Esq.
                                                              Michael Faillace & Associates, P.C.

cc:      Sim Shapiro, Esq. (via ECF)
             *Attorneys for Defendants*