# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

September 9, 2020

**BY ECF**

Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　　　　　　　　　　　　　Re:　Hernandez, et al. v. Marcofai Corp., et al.
　　　　　　　　　　　　　　　　　　 17-cv-887 (GRB) (ST)

Dear Judge Tiscione:

　　　This firm represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants pursuant to the Court's order of September 2, 2020. Parties propose the following schedule for outstanding discovery:
1. Responses to Request for Document Production and Interrogatories due by November 30, 2020
2. Depositions to be completed by January 31, 2021

　　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/　　Clela Errington
　　　　　　　　　　　　　　　　　　　Clela A. Errington, Esq.
　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.

cc:　　Sim Shapiro, Esq. (via ECF)
　　　　*Attorneys for Defendants*