## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | December 4, 2020 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-17-887 (GRB) |
| **NAME OF CASE(S):** | **CONCEPCION HERNANDEZ, ET AL V MARCOFAI CORP. ET AL.** |
| **FOR PLAINTIFF(S):** | Errington |
| **FOR DEFENDANT(S):** | Shapiro |
| **NEXT CONFERENCE(S):** | **JANUARY 25, 2021 AT 11:00 A.M., BY PHONE (See rulings below)** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

Defendants' counsel is quarantined due to COVID but parties have exchanged discovery and are working to complete as much discovery as possible under the circumstances. The Court will hold a further telephone conference on January 25, 2021 at 11:00 a.m.

Counsel shall connect to the call through dial-in number 888-557-8511 and access code 3152145

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**