# BAXTER SMITH & SHAPIRO, P.C.

Attorneys at Law
200 Mamaroneck Avenue, Suite 601
White Plains, New York  10601

| | | |
|---|---|---|
| **Robert C. Baxter** | | **Jennifer Warycha** |
| **Arthur J. Smith** | Telephone:  (914) 684-1055 | **Joshua A. Bloom** |
| **Sim R. Shapiro** | Facsimile:  (914) 684-1058 | **Bryan R. Forbes** |
| **Dennis S. Heffernan*** | www.bssnylaw.com | **Patrick H. Thompson** |
| **Harold A. Campbell** | | **James F. Diviney** |
| **Margot L. Ludlam** | | **Francesca Gaspari** |
| **Louis B. Dingeldey Jr.** | | **Antoinette N. Luciano** |

*Admitted in New Jersey                                                                         Maria Peranzo, RN

January 12, 2021

Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Hernandez, et al. v. Marcofai Corp., et al.
         Docket No.: 17-CV-887-GRB-ST
         Our File No.: 17496 LL

Dear Honorable Tiscione:

  This office represents the defendants Marcofai Corp. (d/b/a Hicksville Flowers & Fruiterers), Martin Lebedin, Cora B. Lebedin, and Faith Barresse in the above-referenced matter.

  Please allow this correspondence to serve as a request for an extension of the discovery deadline in this action as well as an adjournment of the telephone conference scheduled for January 25, 2021 at 11:00 A.M. The basis for this request is that last month, shortly after the previous conference, I was diagnosed with an acute case of Covid-19 and was hospitalized (mostly in the Intensive Care Unit on a high-flow oxygen machine). Thankfully, I have been discharged and am experiencing gradual improvement. I have started to work remotely but am only beginning to catch up on work; I am still not permitted to return to the office.  Accordingly, I would respectfully request that the Court grant an extension of 20 days to serve additional discovery demands (which were addressed at the previous conference) and 30 days thereafter for the plaintiffs to respond and that the conference be adjourned to a subsequent date.

Thank you for your consideration of this application.

        Respectfully submitted,

        Baxter Smith & Shapiro, P.C.

        *Sim R. Shapiro*

        By:    Sim R. Shapiro

cc:

Clela Errington, Esq.
Michael Faillace & Associates, P.C. (via email)
60 East 42nd Street, Suite 4510
New York, New York 10165