# BAXTER SMITH & SHAPIRO, P.C.

Attorneys at Law
200 Mamaroneck Avenue, Suite 601
White Plains, New York 10601

| | | |
|---|---|---|
| **Robert C. Baxter** | | |
| **Arthur J. Smith** | Telephone: (914) 684-1055 | **Joshua A. Bloom** |
| **Sim R. Shapiro** | Facsimile: (914) 684-1058 | **James F. Diviney** |
| **Dennis S. Heffernan*** | www.bssnylaw.com | **Francesca Gaspari*** |
| **Harold A. Campbell** | | **Mehjabeen S. Rahman** |
| **Margot L. Ludlam** | | |
| **Louis B. Dingeldey Jr.** | | |
| **Bryan R. Forbes** | | |
| **Patrick H. Thompson** | | |

*Admitted in New Jersey                                                                                                    Maria Peranzo, RN

The information contained herein is privileged and confidential and constitutes an attorney work
product, or is otherwise subject to a rule or doctrine of privilege, confidentiality or non-disclosure

February 14, 2022

Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**CONFIDENTIAL *EX PARTE* SUBMIISSION**
Re:   Hernandez, et al. v. Marcofai Corp., et al.
        Docket No.: 17-CV-887-GRB-ST
        Our File No.: 17496 LL

Dear Honorable Magistrate Tiscione:

    This office represents the defendants Marcofai Corp. (d/b/a Hicksville Flowers & Fruiterers), Martin Lebedin, Cora B. Lebedin, and Faith Barresse in the above-referenced action and the following will serve as our *ex parte* pre-settlement conference position, as directed by the Court.

    Mindful that the Court has set a date of February 14, 2022 for the submission of a further correspondence with regard to the Court's recommendation, I respectfully request *one additional day* to file the correspondence as I need to spend some additional time conferring with my client. Thank you for your consideration of this request.

| New York Office | Long Island Office | Buffalo Office |
|---|---|---|
| 505 8th Avenue, Ste. 1101 | 99 North Broadway | 182 Dwyer Street |
| New York, NY 10018 | Hicksville, NY 11801 | West Seneca, NY 14224 |
| Tel. No.: (516) 997-7330 | Tel. No. (516) 997-7330 | Tel. No. (716) 854-6140 |
| Fax No.: (516) 997-7488 | Fax No. (516) 997-7488 | Fax No. (716) 854-6540 |

Respectfully submitted,

Baxter Smith & Shapiro, P.C.

*Sim R. Shapiro*

By:     Sim R. Shapiro