

Date: 08/18/2022

# CSM Legal, P.C.

60 E 42nd St, #4510
New York, NEW YORK 10165
United States

Alfredo Hernandez Ramirez
Michael Faillace & Associates P.C

## 01421-HicksvilleFl

## Hernandez v. Marcofai Corp.

### Services

| Type | Date | Notes | Attorney | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 02/08/2017 | Imported Time Entry: interviewed new clients and got facts for complaint | MF | 1.60 | $450.00 | $720.00 |
| Service | 02/09/2017 | Imported Time Entry: researched for complaint; drafted and edited complaint; sent to staff for further revision | MF | 3.50 | $450.00 | $1,575.00 |
| Service | 02/10/2017 | Imported Time Entry: discussed case with paralegal | MF | 0.20 | $450.00 | $90.00 |
| Service | 02/10/2017 | Imported Time Entry: reviewed complaint and made corrections | MF | 0.90 | $450.00 | $405.00 |
| Service | 02/11/2017 | Imported Time Entry: reviewed and corrected complaint; sent to staff for finalization | MF | 2.80 | $450.00 | $1,260.00 |
| Service | 02/15/2017 | Imported Time Entry: discussed case with paralegal | MF | 0.20 | $450.00 | $90.00 |
| Service | 02/16/2017 | Imported Time Entry: approved filing of complaint | MF | 0.10 | $450.00 | $45.00 |
| Service | 04/28/2017 | Imported Time Entry: had telephone conference with client | MF | 0.20 | $450.00 | $90.00 |
| Service | 05/10/2017 | Imported Time Entry: discussed discovery schedule and other issues with opposing counsel | MF | 0.60 | $450.00 | $270.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/11/2017 | Imported Time Entry: discussed with MS what happened in court | MF | 0.10 | $450.00 | $45.00 |
| Service | 06/08/2017 | Imported Time Entry: Conferred with opposing counsel regarding proposed dates for initial conference; drafted letter and filed . | SI | 0.40 | $175.00 | $70.00 |
| Service | 06/16/2017 | Imported Time Entry: Drafted discovery plan worksheet and conferred with opposing counsel regarding same; reviewed case in prepartion for initial conference | SI | 1.30 | $175.00 | $227.50 |
| Service | 06/19/2017 | Imported Time Entry: Travel to and from initial conference. Appeared in initial conference | SI | 5.60 | $175.00 | $980.00 |
| Service | 06/21/2017 | Imported Time Entry: Drafted letter re extension of time to answer counterclaim | SI | 1.20 | $175.00 | $210.00 |
| Service | 07/14/2017 | Imported Time Entry: Drafted letter to court re extension of time to file answer to counterclaim | SI | 0.40 | $175.00 | $70.00 |
| Service | 07/19/2017 | Imported Time Entry: Drafted and served discovery requests | SI | 0.50 | $175.00 | $87.50 |
| Service | 08/15/2017 | Imported Time Entry: discussed status of case with staff | MF | 0.10 | $450.00 | $45.00 |
| Service | 08/30/2017 | Imported Time Entry: Determined client availability for settlement conference; drafted letter to court requesting adjournment of conference | SI | 0.20 | $175.00 | $35.00 |
| Service | 10/23/2017 | Imported Time Entry: Drafted ex-parte settlement conference letter | SI | 0.60 | $175.00 | $105.00 |
| Service | 10/25/2017 | Imported Time Entry: discussed status of case with staff | MF | 0.10 | $450.00 | $45.00 |
| Service | 01/31/2018 | Imported Time Entry: Telephone conference with opposing counsel | SI | 0.10 | $175.00 | $17.50 |
| Service | 02/13/2018 | Imported Time Entry: Drafted discovery responses | SI | 0.70 | $175.00 | $122.50 |
| Service | 04/11/2018 | Imported Time Entry: Drafted letter to judge requesting extension of time to file JPTO | SI | 0.10 | $250.00 | $25.00 |
| Service | 05/15/2018 | Imported Time Entry: discussed letter sent by opposing counsel to judge with SI and CM | MF | 1.30 | $450.00 | $585.00 |
| Service | 05/16/2018 | Imported Time Entry: Drafted letter regarding settlement conference and requested that it still go forward | SI | 0.20 | $350.00 | $70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/16/2018 | Imported Time Entry: Travel to and from penn station anticipating that the settlement conference was going forward | SI | 1.20 | $350.00 | $420.00 |
| Service | 05/16/2018 | Imported Time Entry: Performed legal research regarding a possible new corporation that was formed | SI | 2.30 | $350.00 | $805.00 |
| Service | 05/16/2018 | Imported Time Entry: discussed case with SI | MF | 0.30 | $450.00 | $135.00 |
| Service | 05/16/2018 | Imported Time Entry: discussed opposing counsel's latest letter case with SI | MF | 0.20 | $450.00 | $90.00 |
| Service | 05/16/2018 | Imported Time Entry: discussed case with SI | MF | 0.30 | $450.00 | $135.00 |
| Service | 05/17/2018 | Imported Time Entry: Drafted motion to amend | SI | 0.70 | $350.00 | $245.00 |
| Service | 06/04/2018 | Imported Time Entry: discussed case with SI | MF | 0.10 | $450.00 | $45.00 |
| Service | 06/05/2018 | Imported Time Entry: Drafted letter motion regarding extension of time to file JPTO | SI | 0.20 | $350.00 | $70.00 |
| Service | 07/08/2018 | Imported Time Entry: responded to SI's email regarding case | MF | 0.10 | $450.00 | $45.00 |
| Service | 07/08/2018 | Imported Time Entry: discussed case with SI | MF | 0.10 | $450.00 | $45.00 |
| Service | 07/17/2018 | res: Research for Amended Complaint Service | PU | 0.75 | $100.00 | $75.00 |
| Service | 08/01/2018 | Imported Time Entry: Telephone conference with opposing counsel regarding case | SI | 0.10 | $350.00 | $35.00 |
| Service | 08/14/2018 | Imported Time Entry: discussed status of case with staff | MF | 0.10 | $450.00 | $45.00 |
| Service | 08/17/2018 | Imported Time Entry: discussed status of case with staff | MF | 0.10 | $175.00 | $17.50 |
| Service | 08/20/2018 | Imported Time Entry: Filed notice of voluntary dismissal for John Maroudas | SI | 0.20 | $350.00 | $70.00 |
| Service | 11/02/2018 | Imported Time Entry: Drafted status report | SI | 0.20 | $350.00 | $70.00 |
| Service | 01/14/2019 | Imported Time Entry: Drafted letter regarding potential conference dates | SI | 0.20 | $350.00 | $70.00 |
| Service | 07/02/2019 | Imported Time Entry: Discussed with assigned Attorney the course of action to follow in response to their claims that the case was released by bankruptcy | MF | 0.10 | $450.00 | $45.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 09/19/2019 | spok: Spoke to chambers regarding adjourned date | SI | 0.10 | $300.00 | $30.00 |
| Service | 09/19/2019 | oc: Opposing counsel : called and emailed to discuss court date and mediation dates | SI | 0.20 | $300.00 | $60.00 |
| Service | 09/27/2019 | CE: Conference | SI | 1.50 | $300.00 | $450.00 |
| Service | 07/06/2020 | Imported Time Entry: Email to opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 07/06/2020 | Imported Time Entry: Review email from opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 07/06/2020 | Imported Time Entry: Phone call to Chambers. | CE | 0.10 | $350.00 | $35.00 |
| Service | 07/07/2020 | Imported Time Entry: Attend court conference. | CE | 0.20 | $350.00 | $70.00 |
| Service | 07/07/2020 | Imported Time Entry: Review file and docket in preparation for court conference. | CE | 0.60 | $350.00 | $210.00 |
| Service | 07/08/2020 | Imported Time Entry: Calendared bounce from the court | PU | 0.10 | $100.00 | $10.00 |
| Service | 07/14/2020 | Imported Time Entry: Consult with MF regarding strategy. | CE | 0.10 | $350.00 | $35.00 |
| Service | 07/14/2020 | Imported Time Entry: Discussed with lead attorney fact that judge will not force defendants to provide us any documents | MF | 0.10 | $450.00 | $45.00 |
| Service | 08/21/2020 | Imported Time Entry: Updated client on her case | PU | 0.40 | $125.00 | $50.00 |
| Service | 09/01/2020 | Imported Time Entry: Review documents from opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 09/01/2020 | Imported Time Entry: Review email from opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 09/01/2020 | Imported Time Entry: Preparation for status conference. | CE | 0.50 | $175.00 | $87.50 |
| Service | 09/01/2020 | Imported Time Entry: Attend status conference. | CE | 0.30 | $350.00 | $105.00 |
| Service | 09/01/2020 | Imported Time Entry: Factual research re individual defendants. | CE | 0.30 | $350.00 | $105.00 |
| Service | 09/01/2020 | Imported Time Entry: Review file for previous discovery. | CE | 0.60 | $350.00 | $210.00 |
| Service | 09/01/2020 | Imported Time Entry: Draft email to opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 09/02/2020 | Imported Time Entry: Reviewed and edited | PU | 0.10 | $125.00 | $12.50 |

|         |            |                                                                         |    |      |          |          |
|---------|------------|-------------------------------------------------------------------------|----|------|----------|----------|
|         |            | Ex Parte Letter for CE                                                  |    |      |          |          |
| Service | 09/02/2020 | Imported Time Entry: Mailing Ex Parte Letter                            | PU | 0.30 | $125.00  | $37.50   |
| Service | 09/09/2020 | Imported Time Entry: Draft letter to court.                             | CE | 0.40 | $350.00  | $140.00  |
| Service | 09/09/2020 | Imported Time Entry: Email to opposing counsel.                         | CE | 0.10 | $350.00  | $35.00   |
| Service | 09/09/2020 | Imported Time Entry: File letter to judge.                              | CE | 0.20 | $350.00  | $70.00   |
| Service | 09/09/2020 | Imported Time Entry: Review order.                                      | CE | 0.10 | $350.00  | $35.00   |
| Service | 10/07/2020 | Imported Time Entry: Review order.                                      | CE | 0.10 | $350.00  | $35.00   |
| Service | 10/07/2020 | Imported Time Entry: Email to opposing counsel.                         | CE | 0.10 | $350.00  | $35.00   |
| Service | 10/07/2020 | Imported Time Entry: Review email from opposing counsel.                | CE | 0.10 | $350.00  | $35.00   |
| Service | 10/07/2020 | Imported Time Entry: Draft letter to court.                             | CE | 0.20 | $350.00  | $70.00   |
| Service | 10/16/2020 | tc: Telephone conference with with client to iupdate her on the status of her case | PU | 0.40 | $125.00  | $50.00   |
| Service | 11/02/2020 | Imported Time Entry: Confer with opposing counsel.                      | CE | 0.30 | $350.00  | $105.00  |
| Service | 11/02/2020 | Imported Time Entry: Draft and file letter to court.                    | CE | 0.40 | $350.00  | $140.00  |
| Service | 11/02/2020 | Imported Time Entry: reiew ECF notification.                            | CE | 0.10 | $350.00  | $35.00   |
| Service | 11/05/2020 | Imported Time Entry: Preparation for conference.                        | CE | 0.40 | $350.00  | $140.00  |
| Service | 11/06/2020 | Imported Time Entry: Attend conference.                                 | CE | 0.40 | $350.00  | $140.00  |
| Service | 11/06/2020 | Imported Time Entry: Review docket.                                     | CE | 0.20 | $350.00  | $70.00   |
| Service | 11/09/2020 | Imported Time Entry: Reiew transcriipt from opposing counsel.           | CE | 0.80 | $350.00  | $280.00  |
| Service | 01/25/2021 | Imported Time Entry: Review ECF Noitification.                          | CE | 0.10 | $350.00  | $35.00   |
| Service | 01/25/2021 | Imported Time Entry: Preparation for conference.                        | CE | 0.50 | $350.00  | $175.00  |
| Service | 01/25/2021 | Imported Time Entry: Attend status conference.                          | CE | 0.20 | $350.00  | $70.00   |
| Service | 02/01/2021 | Imported Time Entry: Review roder on motion to compel to withdraw.      | CE | 0.10 | $350.00  | $35.00   |
| Service | 03/01/2021 | Imported Time Entry: Attend conference.                                 | CE | 0.20 | $350.00  | $70.00   |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/01/2021 | Imported Time Entry: Draft email with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 03/01/2021 | Imported Time Entry: Review discovery demands. | CE | 0.60 | $350.00 | $210.00 |
| Service | 03/02/2021 | Imported Time Entry: Phone call with opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 03/02/2021 | Imported Time Entry: Review ECF notifications. | CE | 0.10 | $350.00 | $35.00 |
| Service | 03/02/2021 | Imported Time Entry: Review court transcript. | CE | 0.50 | $350.00 | $175.00 |
| Service | 03/15/2021 | Imported Time Entry: Draft rog answers - Concepcion. | CE | 0.80 | $350.00 | $280.00 |
| Service | 03/15/2021 | Imported Time Entry: Draft rog answers - Maria. | CE | 0.80 | $350.00 | $280.00 |
| Service | 03/24/2021 | Imported Time Entry: Finalize rog responses for clients' approval. | CE | 0.20 | $350.00 | $70.00 |
| Service | 05/04/2021 | Imported Time Entry: Phone call with opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 05/04/2021 | Imported Time Entry: Preparation for conference. | CE | 0.30 | $350.00 | $105.00 |
| Service | 05/04/2021 | Imported Time Entry: Attend conference. | CE | 0.20 | $350.00 | $70.00 |
| Service | 08/12/2021 | Imported Time Entry: Phone call with opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 08/13/2021 | Imported Time Entry: Email correspondence with opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 08/16/2021 | Imported Time Entry | CE | 0.20 | $350.00 | $70.00 |
| Service | 08/16/2021 | Imported Time Entry | CE | 0.20 | $350.00 | $70.00 |
| Service | 09/02/2021 | Imported Time Entry: Review previous discovery responses. | CE | 0.60 | $175.00 | $105.00 |
| Service | 09/02/2021 | Imported Time Entry: Email correspondence with opposing counsel. | CE | 0.30 | $350.00 | $105.00 |
| Service | 11/10/2021 | Imported Time Entry | CE | 0.40 | $350.00 | $140.00 |
| Service | 11/10/2021 | Imported Time Entry | CE | 0.20 | $350.00 | $70.00 |
| Service | 06/23/2022 | Case meeting. | CE | 0.10 | $350.00 | $35.00 |
| Service | 06/24/2022 | Attend court conference. | CE | 0.33 | $350.00 | $115.50 |
| Service | 06/24/2022 | Phone call with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 06/27/2022 | Draft settlement agreement and send to | CE | 0.80 | $350.00 | $280.00 |

| Type | Date | Notes | | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| | | opposing counsel. | | | | |
| Service | 06/28/2022 | Review ECF bounce. | CE | 0.10 | $350.00 | $35.00 |
| Service | 06/28/2022 | Email correspondence with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 06/30/2022 | Email correspondence regarding settlement. | CE | 0.10 | $350.00 | $35.00 |
| Service | 06/30/2022 | Phone call with opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 07/01/2022 | Draft and file letter to Court. | CE | 0.27 | $350.00 | $94.50 |
| Service | 07/01/2022 | Email correspondence with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 07/01/2022 | Review order. | CE | 0.10 | $350.00 | $35.00 |
| Service | 07/01/2022 | Review order. | CE | 0.10 | $350.00 | $35.00 |
| Service | 07/25/2022 | Phone call to opposing firm. | CE | 0.11 | $350.00 | $38.50 |
| Service | 08/01/2022 | Review email from opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 08/01/2022 | Phone call with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 08/01/2022 | Draft letter to Court | CE | 0.30 | $350.00 | $105.00 |
| Service | 08/08/2022 | Draft Cheeks letter. | CE | 0.91 | $350.00 | $318.50 |
| Service | 08/08/2022 | Draft email to opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 08/18/2022 | Email correspondence with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 08/18/2022 | Finalize exhibits for Cheeks letter. | CE | 0.60 | $350.00 | $210.00 |
| | | | | **Services Subtotal** | | **$17,097.00** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/16/2017 | Filing Fee Hernandez v. Marcofai Corp. Resp Lawyer: SI | 1.00 | $400.00 | $400.00 |
| Expense | 07/19/2018 | Process Server DGR Martin Lebedin Hernandez v. Marcofai Corp. Resp Lawyer: SI | 1.00 | $82.00 | $82.00 |
| Expense | 07/24/2018 | Process Server John Doe Corp (Sec of State) Hernandez v. Marcofai Corp. Resp Lawyer: SI | 1.00 | $24.00 | $24.00 |
| Expense | 07/24/2018 | Process Server Marcofai Corp Hernandez v. Marcofai Corp. Resp Lawyer: SI | 1.00 | $64.00 | $64.00 |
| Expense | 07/26/2018 | Process Server DGR Cora B Lebedin Hernandez v. | 1.00 | $70.20 | $70.20 |

| | | | | | |
|---|---|---|---|---|---|
| | | Marcofai Corp. Resp Lawyer: SI | | | |
| Expense | 07/26/2018 | Process Server DGR Faith Barrese Hernandez v. Marcofai Corp. Resp Lawyer: SI | 1.00 | $75.20 | $75.20 |
| Expense | 07/26/2018 | Process Server DGR John Doe Corp Hernandez v. Marcofai Corp. Resp Lawyer: SI | 1.00 | $209.20 | $209.20 |
| Expense | 07/26/2018 | Process Server DGR Martin Lebedin Hernandez v. Marcofai Corp. Resp Lawyer: SI | 1.00 | $214.20 | $214.20 |
| Expense | 07/26/2018 | Process Server DGR Marty Levin Hernandez v. Marcofai Corp. Resp Lawyer: SI | 1.00 | $75.20 | $75.20 |
| | | | **Expenses Subtotal** | | **$1,214.00** |
| | | | **Subtotal** | | **$18,311.00** |
| | | | **Total** | | **$18,311.00** |